UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                              Case No.: 8:24-cr-487-CEH-AAS

**BRIDGET LUZOD,**
     **Defendant.**
_____/

**DEFENDANT LUZOD'S UNOPPOSED TIME-SENSITIVE MOTION
FOR COURT-AUTHORIZED TRAVEL**

Defendant Bridget Luzod, by and through undersigned counsel, moves pursuant to 18 U.S.C. § 3142(c)(3) for Court permission to travel outside the Middle District of Florida between December 5 and December 8, 2024 to accompany her daughter to a college showcase soccer tournament in Raleigh, North Carolina.

Ms. Luzod's daughter plays for the West Florida Flames 17-18 year old girls team. The college showcase tournament will be held at 7700 Perry Creek Road, Raleigh North Carolina. Ms. Luzod will be staying at a VRBO location at 2100 Langdon Road, Raleigh, North Carolina 27604.

Neither Pretrial Services Officer Joshua Sims nor AUSA Michael Gordon object to this motion.

Accordingly, Defendant Luzod requests an order permitting her to travel outside the Middle District as stated above.

Dated: December 3, 2024          Respectfully submitted,

        */s/ Kevin Darken*
**KEVIN DARKEN**
Florida Bar No.: 90956
kdarken@tfosterlawgroup.com
**TODD FOSTER LAW GROUP**
601 Bayshore Blvd., Suite 615
Tampa, FL 33606
Telephone: (813) 565-0600

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2024, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Kevin Darken*
**KEVIN DARKEN**