**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                             Case No. 8:24-cr-487-SDM-AAS

BRIDGET LUZOD

**CLERK'S MINUTES**
Proceeding: Motion Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 4, 2025 |
| Deputy Clerk: Ashley Sanders | Time: 2:06 p.m. |
| USPO: Fabiana Nicastri | Recess: 2:28 p.m. |
| Court Reporter: Digital | Total Time: 22 min |
| Interpreter: none | |

Counsel for USA: Michael Gordon, AUSA
Counsel for Defendant: Kevin Darken and Todd Foster, retained

Court calls case and counsel enters appearances.

Court hears oral argument on defendant's motion to modify conditions of release.

Court denies motion without prejudice.

Recess.