UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:24-cr-487-SDM-AAS

BRIDGET LUZOD,
_____/

### ORDER

Bridget Luzod moves (Doc. 78) to suppress and exclude from trial evidence seized under a search warrant. The United States responds (Doc. 95) in opposition and Luzod replies (Doc. 119). In a well-reasoned report (Doc. 125), the magistrate judge recommends denying the motion to suppress. Luzod objects (Doc. 130) to the report and recommendation.

A *de novo* review of the report reveals no error. Luzod objects to conclusions concerning the affidavit's omission of patients' additional medical histories and former employees' purported biases. Further, Luzod objects to the report's failure to address the affidavit's omission of COVID-19 telehealth regulations. Judge Sansone accurately reports that the affidavit states Dr. Silva "did not conduct medical examination[s]" of patients and that Luzod, with "no independent authority to prescribe controlled substances," "did so in Dr. Silva's name." COVID-19 telehealth regulations failed to legalize this conduct. Also, Judge Sansone accurately reports the inclusion of "additional medical histories of former clinic patients and purported biases

of former Clinic employees" "would not have led to a different conclusion regarding probable cause."

The exclusion from the affidavit of COVID-19 telehealth regulations, patients' additional medical histories, or former employees' purported biases are not reckless or deliberate omissions. The omission of this information fails to render the affidavit stale, the warrant overbroad, or the good faith exception inapplicable. Further, even including these omissions, the affidavit satisfies the requirements for probable cause. The objection (Doc. 130) is **OVERRULED**, the report and recommendation (Doc. 125) is **ADOPTED**, and the motion (Docs. 78) to suppress is **DENIED**.

ORDERED in Tampa, Florida, on December 9, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE